**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6375

DERRICK A. EDWARDS,

Plaintiff - Appellant,

v.

K. KING, River North Investigator; T. PHIFER, River North Counselor; H. COLNA, River North Lieutenant; S. PEEPLES, River North Sergeant,

Defendants - Appellees,

and

MURRAY,

Defendant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:21-cv-00047-MFU-JCH)

Submitted:  September 8, 2022              Decided:  September 13, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derrick A. Edwards, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick A. Edwards appeals the district court's order granting summary judgment in Appellees' favor on his claims under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc-5.  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *Edwards v. King*, No. 7:21-cv-00047-MFU-JCH (W.D. Va. Mar. 23, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*